

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2014

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERT, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

## O R D E R

      Pursuant to a previous order of this court, appellant's brief is currently due November 19, 2014. On November 12, 2014, appellee filed a motion asking this court to stay the briefing schedule pending this court's decision on a motion to dismiss, which was simultaneously filed with the motion to stay. After reviewing appellee's motions, we **GRANT** appellee's motion to stay briefing schedule and **ORDER** all briefing in this appeal stayed until further order of this court. Additionally, we **ORDER** appellant to file a written response to appellee's motion to dismiss for lack or jurisdiction in this court **on or before December 1, 2014**. We further **ORDER** that appellant's written response should specifically address whether the judgment or order from which appellant seeks to appeal in this case, Appellate No. 04-14-00569-CV, is the same judgment or order from which appellant sought to appeal in Appellate No. 04-14-00319-CV, which was dismissed by this court upon appellant's own motion on July 9, 2014. If appellant's response is insufficient, we may dismiss the appeal for want of jurisdiction.

      We **order** the clerk of this court to serve copies of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2014.



Keith E. Hottle
Clerk of Court